STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
Email:           Shilpi_Agarwal@fd.org

Counsel for Defendant Frank Mabry

FILED

JAN 11 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK MABRY,<br><br>Defendant. | No. CR 16-mj-71622<br><br>[PROPOSED] RELEASE ORDER |

For the reasons stated on the record at the hearing held on January 11, 2017, and at all prior hearings in this matter, Mr. Frank Mabry is hereby RELEASED from the custody of the United States Marshal as of 3:00 pm on Wednesday, January 11, 2017. All conditions of his original bond shall remain in place, with the following modifications:

- Mr. Mabry will no longer reside at the halfway house at 111 Taylor Street in San Francisco. Instead, he will be assessed for residential treatment at Healthright 360 in San Francisco. If he is accepted into their residential treatment program, he is ordered to reside there for the pendency of his case.
- Immediately upon his release, Mr. Mabry will remain in the custody of his mother, Marchele Mabry, while his assessment at Healthright 360 is pending.

- Mr. Mabry and his mother, Marchele Mabry, are ordered to appear before this Court on January 12, 2017 at 9:30 am to be formally advised of these modifications and to complete all necessary paperwork related to his bond.

**IT IS SO ORDERED.**

January 11, 2017
1-11-17
DATED

Maria-Elena James
United States Magistrate Judge