| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CABN 209013)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5061
E-Mail: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 3-16-71622 JSC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | REQUESTING CONTINUATION OF |
| v. | ) | ARRAIGNMENT DATE |
| | ) | |
| FRANK MABRY, and | ) | |
| BRYAN MATEOS ZAPARDIEL, | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned parties request that the arraignment scheduled for Wednesday, July 12, 2017 at 9:30 a.m. be continued to August 30, 2017 at 9:30 a.m. The reason for the continuance is to afford the parties an opportunity to continue exploring a pre-indictment resolution.

SO STIPULATED.

DATED: 7/10/17                                       BRIAN J. STRETCH
                                                                    United States Attorney

                                                                    /s/
                                                                    SUSAN KNIGHT
                                                                    Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 3-16-71622 JSC

DATED: 7/10/17

/s/
MARY MCNAMARA
AUDREY A. BARRON
Counsel for Mr. Mateos Zapardiel

DATED: 7/10/17

/s/
JODI LINKER
Assistant Federal Public Defender
Counsel for Mr. Mabry

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the arraignment scheduled for July 12, 2017 is continued to August 30, 2017 at 9:30 a.m.

The Court FURTHER HEREBY ORDERS that time be excluded under Rule 5.1 of the Federal Rules of Criminal Procedure. In addition, the Court ORDERS that time be excluded from the Speedy Trial Act from July 12, 2017 to August 30, 2017, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: July 10, 2017

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 3-16-71622 JSC